FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 19 2022

TAMMY H. DOWNS, CLERK
By: _____
                    DEP CLERK

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2022 APR 19 A 9:48

TAMMY H. DOWNS

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:22-cv-00350-JM-JTR

Jury Trial: ☐ Yes ☐ No
(Check One)

I.   Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff: **KENDRICK A ROBINSON SR.**
     ADC # **550962**

     Address: _____

     Name of plaintiff: _____
     ADC # _____

     Address: _____

     *This case assigned to District Judge Moody*
     *and to Magistrate Judge Ray*

     Name of plaintiff: _____
     ADC # _____

     Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.   Name of defendant: **Intake officers**

     Position: **Intake booking**

     Place of employment: **Pulaski County Regional Detention Facility**

     Address: **3201 W Roosevelt Little Rock, Arkansas 72204**

     Name of defendant: **Intak Nurse**

     Position: **medical Intake examiner**

Place of employment: Pulaski County Regional Detention Facility

Address: 3201 W Roosevelt Little Rock, Arkansas 72204

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

☐   Court (if federal court, name the district; if state court, name the county):

_____

☐   Docket Number: _____

☐   Name of judge to whom case was assigned: _____

☐   Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐   Approximate date of filing lawsuit: _____

☐   Approximate date of disposition: _____

IV.   Place of present confinement: *Pulaski County Regional Detention Facility*

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

__✓__ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
       explain: _____

_____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __✓__   No _____

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ____ No ✓

If not, why? Pulaski County Regional Detention Facility fail to comply with grievance procedure by not responding in timely manner. Grievance ID #228 94931

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Dec. 23, 2020 I was bookin Pulask County Detention Facility. During the booking process my head injury to my forehead was noticed by intake officers, intake nurse however left untreated. Pulaski County Detention Facility at 3201 W Roosevelt fail to provide me with needed medical attention upon arrival to be book in. These are fact about my claim.

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

To order a compensation In amount of $200,000.00

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 14 day of April, 20 22

_____
Signature(s) of plaintiff(s)

Mr. Kendrick A Robinson 101171
3201 W Roosevelt
Little Rock, Arkansas
72204

Important Notice!

LEGAL MAIL

Pro Se Clerk
600 West Capitol Ave.
Room A149
Little Rock, Arkansas 72201