IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENDRICK A. ROBINSON, SR.**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #550962**

**V.**　　　　　　　　　　　**NO. 4:22-cv-00350-JM**

**GEORGE CLARKE and**
**KIM SMITH**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Beth M. Deere. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motions for summary judgment (Doc. Nos. 49, 58) are GRANTED. Mr. Robinson's motion for summary judgment (Doc. No. 53) is DENIED, as moot. Mr. Robinson's claims are DISMISSED, with prejudice.

The Clerk is directed to close this case.

IT IS SO ORDERED, this 8th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE