IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KENDRICK A. ROBINSON, SR.                                                                PLAINTIFF
ADC #550962

V.                                      NO. 4:22-cv-00350-JM

GEORGE CLARKE and
KIM SMITH                                                                                DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 8th day of August, 2024

_____
UNITED STATES DISTRICT JUDGE